# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160790(47)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

REID COWAN,
      Plaintiff-Appellant,

v

STATE OF MICHIGAN, DEPARTMENT OF
CORRECTIONS,
      Defendants,
and

EDWARD BARBER,
      Defendant-Appellee.
_____/

SC: 160790
COA: 345602
Ct of Claims: 17-000091-NM

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 9, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2020 _____



Clerk